UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JINBUM CHOI and SANGYOON PARK,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER TAULEALEA, JANE DOE TAULEALEA, WORLDWIDE FLIGHT SERVICE,<br><br>Defendants. | CASE NO. 2:24-cv-420<br><br>ORDER |
| WORLDWIDE FLIGHT SERVICE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>KOREAN AIR LINES CO. LTD.,<br><br>Third-Party Defendant. | |

On July 8, 2024, Third-Party Plaintiff Worldwide Flight Services and Third-Party Defendant Korean Air Lines Co. Ltd. filed a stipulated motion to extend Korean Air's deadline to file a responsive pleading. Dkt. No. 13. The Court reminds

ORDER - 1

the parties to review its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures. In relevant part, the procedures state, "Parties may agree to extend the time for a defendant to answer or otherwise respond to a complaint. So long as the parties agree to an extension, there's no need to file a stipulation with the Court." *See* Chambers Procedures – Civil, 5.3 Extending Deadline to Answer.

Although the parties' motion is unnecessary per the Court's Chambers Procedures for Civil Cases, the Court GRANTS the motion nevertheless. Dkt. No. 13. Korean Air's responsive pleading deadline is extended to July 29, 2024.

Dated this 10th day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2