THE HONORABLE JAMAL N. WHITEHEAD
TRIAL DATE SEPTEMBER 22, 2025
NOTING DATE: February 18, 2025
WITHOUT ORAL ARGUMENT

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JINBUM CHOI, an individual, and SANGYOON PARK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER TAULEALEA and "JANE DOE" TAULEALEA, individually and the marital community comprised thereof, and WORLDWIDE FLIGHT SERVICES (WFS), a corporation,<br><br>Defendants. | Case No.: 2:24-CV-00420<br><br>**STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES** |

COME NOW THE PARTIES, by and through their respective counsel of record, who jointly stipulate and agree as follows:

1. On June 17, 2024, the Court issued a Order Setting Jury Trial Date and Related Dates, Dkt. # 12.

2. A case schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Under the Local Civil Rules, mere failure to complete discovery within the time allowed does not constitute good cause for an extension or

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 1
Case No.: 3:23-CV-05040

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

continuance. Local Civ. R. 16(b)(6). The good cause standard is a "non-rigorous standard" that should be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010).

3. Both parties have diligently pursued discovery since the Court's Order Setting Trial Date. The parties exchanged initial discovery, and are working to complete outstanding discovery, including expert discovery, in advance of mediation. Progress has been complicated as plaintiffs maintain residence part time in South Korea. The parties anticipate that additional time will be required to complete expert discovery, including independent medical examination, in light of the logistical issues this presents. The current trial schedule appears untenable for all parties.

4. Currently the parties have multiple trial conflicts for the month of October. Defense counsel currently has six trials set for between October 2025 and December 2025. Plaintiff's counsel will be in trial in October 2025, and has an extended pre-planned absence in December.

5. Both parties have been working productively and cooperatively, including discussing the status of discovery and alternative dispute resolution. The parties intend to look at available mediation dates in October and early November making the current trial date not feasible.

6. With this in mind, the parties respectfully request a new trial date of February 23, 2026.

7. In light of these developments, the parties therefore stipulate to an extension of the current trial date and pre-trial deadlines, as follows:

**Parties Proposed new jury trial date: February 23, 2026.**

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 2
Case No.: 3:23-CV-05040

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

| PRE-TRIAL EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | February 24, 2025 | July 28, 2025 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (see LCR 7(d)) | March 26, 2025 | August 27, 2025 |
| Discovery completed by | April 25, 2025 | September 26, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | May 27, 2025 | October 28, 2025 |
| All motions in limine must be filed by (see LCR 7(d)) | August 13, 2025 | January 14, 2026 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | September 2, 2025 | February 3, 2026 |
| Agreed Pretrial Order due | September 2, 2025 | February 3, 2026 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | September 8, 2025 | February 9, 2026 |
| Pretrial conference | September 15, 2025 | February 17, 2026 |

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 3
Case No.: 3:23-CV-05040

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1    8.    By so stipulating, neither Plaintiffs nor Defendant consent to discovery above or

2  beyond those permitted by the Federal Rules of Civil Procedure or this Court's Local Rules.

3    9.    Based upon the stipulation and agreements set forth above, the parties stipulate

4  to the filing of the Agreed Order below.

5  IT IS SO STIPULATED.

6    DATED this 18th day of February, 2025.

    WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP

    By: *s/Hailey Delay*
       Dirk J. Muse, WSBA #28911
       Hailey Delay, WSBA #54887
       520 Pike Street, Suite 2350
       Seattle, WA 98101
       (206) 709-5900 (main)
       (206) 709-5901 (fax)
       Dirk.Muse@wilsonelser.com

    *Attorneys for Defendants*

    HERRMANN LAW GROUP

    By: *s/Anthony Marsh*
       Frank Shin, WSBA #56647
       Anthony Marsh, WSBA #45194
       505 Fifth Ave S, Ste. 330
       Seattle, WA 98104
       (206) 625-9104 (main)
       (206) 682-6710 (fax)
       frank@hlg.lawyer
       Anthony@hlg.lawyer

    *Attorney for Plaintiffs*

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 4
Case No.: 3:23-CV-05040

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1

**AGREED ORDER**

2       Pursuant to the Stipulation above, the Court hereby orders that the identified pretrial

3   dates be reset as agreed by the Parties, and sets a new trial date of February 23, 2026.

4       DATED this 19th day of February, 2025.

5

6

7                                    Jamal N. Whitehead
                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 5
Case No.: 3:23-CV-05040

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 19th day of February, 2025, at Seattle, Washington.

                                                */s/Hailey K. Delay*
                                                Hailey K. Delay

STIPULATION AND AGREED ORDER TO CONTINUE PRETRIAL DATES- 6
Case No.: 3:23-CV-05040

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)