UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JINBUM CHOI and SANGYOON PARK,<br><br>                    Plaintiffs,<br><br>        v.<br><br>XAVIER TAULEALEA, JANE DOE TAULEALEA, and WORLDWIDE FLIGHT SERVICE,<br><br>                    Defendants. | CASE NO. 2:24-cv-420<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DATES

On May 28, 2026, the parties filed a stipulated motion to continue trial and pretrial deadlines. Dkt. No. 35. The Court is unavailable on the date requested, so it ordered the parties to file a joint status report noting their unavailability during January to March 2027. Dkt. No. 36. The parties responded that they are unavailable January 18, 2027, through March 31, 2027. Dkt. No. 37. Accordingly, the Court finds good cause to continue the trial and sets the following trial and related dates:

ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| EVENT | DATE |
| --- | --- |
| JURY TRIAL begins | January 11, 2027 |
| Length of trial | *See* JSR |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | July 15 2026 |
| Discovery completed by | August 14, 2026 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | September 11, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | November 12, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 2, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | December 21, 2026 |
| Agreed pretrial order due | December 21, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | December 28, 2026 |
| Pretrial conference | January 4, 2027 |

Dated this 6th day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL DATE AND RELATED DATES - 2