JUDGE JAMAL N. WHITEHEAD
TRIAL DATE: JANUARY 11, 2027

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JINBUM CHOI, an individual, and SANGYOON PARK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER TAULEALEA and "JANE DOE" TAULEALEA, individually and the marital community comprised thereof, and WORLDWIDE FLIGHT SERVICES (WFS), a corporation,<br><br>Defendants. | CAUSE NO. 2:24-cv-00420-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

Plaintiffs Jinbum Choi, an individual, and Sangyoon Park, an individual, ("Plaintiffs") and Defendants Worldwide Flight Services, Inc. and Xavier Taulealea ("Defendants"), by and through their counsel of record, stipulate that all claims against Defendants may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter.

//

//

//

//



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

DATED this 7th day of October, 2026.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *s/ Hailey K. Delay*
By: *s/ Dirk J. Muse*

Dirk J. Muse, WSBA #28911
Hailey K. Delay, WSBA #54887
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900
Dirk.muse@wilsonelser.com
Hailey.delay@wilsonelser.com

*Attorneys for Defendants Worldwide Flight Services, Inc. and Xavier Taulealea*

DATED this 7th day of October, 2026.

HERRMANN LAW GROUP

By: *s/ Cissy Wang*

By: ______________________

Xi "Cissy" Wang, WSBA #51235
Andrew K. Williams, WSBA #64917
505 5th Ave. South, Ste. 330
Seattle, WA 98104
206-625-9104
cissy@herrmannlawgroup.com

*Attorneys for Plaintiffs*

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs Jinbum Choi, an individual, and Sangyoon Park, an individual, ("Plaintiffs"), and Defendants Worldwide Flight Services, Inc. and Xavier Taulealea ("Defendants"), to dismiss all claims against all Defendants with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against all Defendants are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED this 8th day of October, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: s/ Hailey K. Delay
By: s/ Dirk J. Muse
Dirk J. Muse, WSBA #28911
Hailey K. Delay, WSBA #54887
520 Pike Street, Suite 2350
Seattle, WA 98101
206-709-5900
Dirk.muse@wilsonelser.com
Hailey.delay@wilsonelser.com

*Attorneys for Defendants Worldwide Flight Services, Inc. and Xavier Taulealea*



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

*Approved for Entry/Notice of Presentation Waived:*

HERRMANN LAW GROUP

By: *s/ Cissy Wang*

By:

Xi "Cissy" Wang, WSBA #51235
Andrew K. Williams, WSBA #64917
505 5th Ave. South, Ste. 330
Seattle, WA 98104
206-625-9104
cissy@herrmannlawgroup.com

*Attorneys for Plaintiffs*